IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL J. DIAL and<br>JASON RIGSBY, | ) | |
| | ) | |
| | ) | Case No.:    4:26-cv-00562-CMS |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM FIRE AND<br>CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO STRIKE

COMES NOW Defendant State Farm Fire and Casualty Company, by and through its attorneys, and for its Motion to Strike hereby states as follows:

1.      Plaintiff's Petition alleges punitive damages, but fails to state a cause of action upon which punitive damages may be awarded.

2.      As this is a claim for breach of contract, "In Missouri, as a general rule, punitive damages are not recoverable in a contract case unless 'the breaching party's conduct, apart from an intentional breach of the contract, amounts to a separate, independent tort.'" Rock Port Market, Inc. v. Affliated Foods Midwest Cooperative, Inc., 532 S.W.3d 180, 188 (Mo. App. W.D. 2017).

3.      In the present case, there is no independent tort alleged and therefore punitive damages may not be recovered.

WHEREFORE, Defendant State Farm Fire and Casualty Company prays an order from this Court striking the prayer for punitive damages from the Petition.

/s/ **James A. Wilke**
Daniel E. Wilke #24464MO
James A. Wilke #51242MO
WILKE & WILKE, P.C.
Attorneys for Defendant
2708 Olive Street
St. Louis, Missouri 63103
(314) 371-0800
Fax: 314-371-0900
wilke@wilkewilke.net
jwilke@wilkewilke.net

## CERTIFICATE OF SERVICE

I hereby certify that I signed the original of this document and that the signed original will be maintained for a period of time not less than the maximum time allowed to complete the appellate process. I hereby certify that on April 17, 2026 the foregoing was filed electronically with the Clerk of Court to be served via operation of the Court's electronic filing system upon the following:

Andrew D. Ferell
Restoration Legal Group, PLLC
12822 Plattsburg Road
Kearney, Missouri 64060
T: (816) 560-5391
E: andrew@myrestorationgroup.com
Attorney for Plaintiffs

Derek L. Fadner
Storm Law Partners, PLLC
1000 Main Street, Suite 2300
Houston, TX 77002
T: (832) 323-3000
E: derek@stormlawpartners.com
service@stormlawpartners.com
Attorney for Plaintiffs

/s/ **James A. Wilke**

JAW:ksw